**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**John T. HANSEN, Defendant—**
**Appellant.**

**No. 05–30183.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2006.*

Filed Aug. 16, 2006.

George JC Jacobs, III, Esq., USS—Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Robert Cossey, Esq., Spokane, WA, for Defendant–Appellant.

Before: BEEZER, TALLMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Appellant John T. Hansen appeals his sentence of 18 months' imprisonment, 3 years' probation, and restitution in the amount of $287,796.61. We reject Hansen's arguments because he expressly waived the right to appeal his sentence in his plea agreement. *See United States v. Martinez,* 143 F.3d 1266, 1271 (9th Cir. 1998); *United States v. Schuman,* 127 F.3d 815, 817 (9th Cir.1997); *United States v. Bolinger,* 940 F.2d 478, 480 (9th Cir.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

1991). Hansen also did not contest this argument in a reply brief.

DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.